UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN,<br><br>                Plaintiff,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                Defendants. | No. 23-CV-5651 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the letter filed by Defendants Andola and Gusman in the above-captioned case.  (See dkt. no. 37.)

    The Court GRANTS the parties' request to extend their respective deadlines to file their upcoming briefs addressing Defendants' summary judgment motions.  Plaintiffs shall have until January 2, 2024, to file their 60-page omnibus opposition brief in the above-captioned case and in the cases listed below.  Each Defendant's time to file a reply brief, and to file opposition briefs to any cross-motions Plaintiffs may file, shall be extended to January 31, 2024.  Plaintiffs shall have until February 20, 2024, to file a reply brief, if any, to Defendants' oppositions to any cross-motions Plaintiffs may file.

    The Clerk of the Court shall also docket this order in each of the following cases listed below.

1

- <u>Daniels v. Mueller</u>, 23-cv-5654.
- <u>Dickinson v. Mueller</u>, 23-cv-5657.
- <u>Dockery v. Dinello</u>, 23-cv-5658.
- <u>Gradia v. Dinello</u>, 23-cv-5660.
- <u>Hernandez v. Mueller</u>, 23-cv-5661.
- <u>Knight v. Lee</u>, 23-cv-5662.
- <u>Mathis v. Mueller</u>, 23-cv-5663.
- <u>Pritchett v. Dinello</u>, 23-cv-5664.
- <u>Rivera-Cruz v. Mueller</u>, 23-cv-5667.
- <u>Stewart v. Mueller</u>, 23-cv-5668.

**SO ORDERED.**

Dated:    December 18, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge