UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                Defendants. | No. 23-CV-5651 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendants' letter seeking to move to strike Plaintiff's Additional Statement of 159 Material Facts Precluding Summary Judgment, (dkt. no. 46), and Plaintiffs' response, (dkt no. 47). Defendants may reply by letter no later than January 16. The Court construes these letters as Defendants' motion and Plaintiffs' opposition.

**SO ORDERED.**

Dated:    January 11, 2024
              New York, New York

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge