```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN,<br><br>                    Plaintiff,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 23-CV-5651 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiffs' deadline to file their limited responses to Defendants' amended statements of undisputed facts in the above-captioned case and in Pritchett v. Dinello, 23-cv-5664, shall be extended until April 8, 2024.

    The Clerk of the Court shall also docket this order in Pritchett v. Dinello, 23-cv-5664.

**SO ORDERED.**

Dated:    April 1, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1