```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN,<br><br>                    Plaintiff,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 23-CV-5651 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

It having been reported to this Court that the above-entitled action has been settled, it is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:   October 21, 2024
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1